# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NANYAH VEGAS, LLC, A NEVADA LIMITED LIABILITY COMPANY, <br> Petitioner, <br> vs. <br> THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE NANCY L. ALLF, DISTRICT JUDGE, <br> Respondents, <br> and <br> SIG ROGICH, A/K/A SIGMUND ROGICH, AS TRUSTEE OF THE ROGICH FAMILY IRREVOCABLE TRUST; ELDORADO HILLS, LLC, A NEVADA LIMITED LIABILITY COMPANY; TELD, LLC, A NEVADA LIMITED LIABILITY COMPANY; PETER ELIADES, INDIVIDUALLY AND AS TRUSTEE OF THE ELIADES SURVIVOR TRUST OF 10/30/08; AND IMITATIONS, LLC, A NEVADA LIMITED LIABILITY COMPANY, <br> Real Parties in Interest. | No. 79072 <br><br> **FILED** <br><br> OCT 23 2019 <br><br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY S. Young <br> DEPUTY CLERK |

## *ORDER DISMISSING PETITION*

This is a petition for a writ of mandamus or prohibition directing the district court to vacate its order dismissing real parties in interest Sig Rogich, as trustee of the Rogich family irrevocable trust, and Imitations, LLC (the Rogich defendants) from the ongoing action pursuant to NRS 163.120.

The Rogich defendants have filed an emergency motion to dismiss the petition, asserting that during the pendency of this matter, on October 1, 2019, the district court entered an order granting the Rogich

SUPREME COURT
OF
NEVADA

(O) 1947A

19-43769

defendants' "Motion for Summary Judgment or Alternatively for Judgment as a Matter of Law Pursuant to NRCP 50(a)" and a "Motion for Dismissal with Prejudice Under Rule 41(e)" filed by defendant, Eldorado Hills, LLC. Accordingly, the Rogich defendants argue, petitioner now has a plain, speedy and adequate remedy at law by virtue of an appeal of the October 1, 2019, order. *See* NRS §§ 34.170, 34.330; *Pan v. Eighth Judicial Dist. Court ex rel. Cty. of Clark*, 120 Nev. 222, 223, 88 P.3d 840, 841 (2004) ("this court has recognized that an appeal is generally an adequate legal remedy that precludes writ relief."). No opposition or response has been filed.

Having considered the motion, the district court's order, and petitioner's decision not to respond to or oppose the motion, this court ORDERS this petition DISMISSED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

cc:   Hon. Nancy L. Allf, District Judge
      Simons Hall Johnston PC/Reno
      Fennemore Craig, P.C./Las Vegas
      Bailey Kennedy
      Eighth District Court Clerk

